# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

RE: Juan Lopez-Guzman

Case No.: 2:14CR00341

REQUEST FOR TRANSFER OF JURISDICTION

June 22, 2020

TO:  The Honorable Kent J. Dawson
     Senior United States District Judge

On June 24, 2015, Your Honor sentenced Lopez-Guzman to 41 months imprisonment, followed by a term of three (3) years of supervised release for committing the offense of Deported Alien Found Unlawfully in the United States in case number 2:14CR341. Your Honor ordered that this sentence be served consecutive to his eight (8) month revocation sentence in case number 2:15CR143.

On or about February 9, 2020, Lopez-Guzman was again found illegally in the United States and the United States District Court for the Northern District of Texas, Abilene Division, subsequently charged him with Illegal Re-Entry After Deportation. The United States District Court for the Northern District of Texas, Abilene Division, respectfully requests that jurisdiction of Lopez-Guzman's case be transferred to their district so they can address his new case and the revocation concurrently. Should the Court agree with this request, the Probation 22 form is attached for Your Honor's signature.

Please contact the undersigned officer at tawni_salem@nvp.uscourts.gov or 702-278-8528 with any questions or concerns.

ADDENDUM TO PETITION (Probation Form 12)
RE: Juan Lopez-Guzman

                                        Respectfully submitted,

                                                        Tawni Lea Salem
                                                        2020.06.22
                                                       16:57:56 -07'00'

                                        Tawni Salem
                                        Senior United States Probation Officer

Approved:

Benjamin Johnson
2020.06.22 16:48:31
-07'00'

Benjamin Johnson
Supervisory United States Probation Officer

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:14CR00341 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Nevada | DIVISION U.S. Probation Office |
|---|---|---|
| Juan Lopez-Guzman | NAME OF SENTENCING JUDGE Kent J. Dawson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/4/2018 | TO 5/3/2021 |

OFFENSE
8 USC § 1326 – Deported Alien Found Unlawfully in the United States

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/7/2020
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge